584 A.2d 231
STATE OF NEW JERSEY v. EDNA BROWN.

May 30, 1990.

Petition for certification denied.

584 A.2d 232
STATE OF NEW JERSEY v. ETHYL RICHARDSON.

May 30, 1990.

Petition for certification denied.

584 A.2d 232
STATE OF NEW JERSEY v. RAYMOND E. COLLINS.

May 30, 1990.

Petition for certification denied.

584 A.2d 232
STATE OF NEW JERSEY v. LINDA A. SCHREIBER.

May 30, 1990.

Petition for certification granted.  (See 240 *N.J.Super.* 507, 573 *A.*2d 942)

584 A.2d 232
STATE OF NEW JERSEY v. GREGORY HOLMES.

May 30, 1990.

Petition for certification denied.